Francis Burgess v. The State.

No. 9283.    Delivered May 27, 1925.

**Assault with Prohibited Weapon—Affirmed.**

No statement of facts nor bills of exceptions appearing in the record and no error in the procedure pointed out the judgment is affirmed.

Appeal from the District Court of Ochiltree County.    Tried below before the Hon. W. R. Ewing, Judge.

Appeal from a conviction of an assault with a prohibited weapon; penalty, a fine of $700.00.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

MORROW, Presiding Judge.—The offense is assault with a prohibited weapon; punishment fixed at a fine of $700.00.

The record is before us without statement of facts or bills of exception.    No error in the procedure has been pointed out or perceived.

The judgment is affirmed.

*Affirmed.*